UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TRUSTEES OF ABATEMENT WORKERS REGIONAL LOCAL UNION NO. 207 HEALTH AND WELFARE FUND; TRUSTEES OF ABATEMENT WORKERS REGIONAL LOCAL UNION NO. 207 DEFINED CONTRIBUTION PENSION FUND; TRUSTEES OF ABATEMENT WORKERS REGIONAL LOCAL UNION NO. 207 JOINT TRAINING FUND, INTERNATIONAL ASSOCIATION OF HEAT & FROST INSULATORS and ASBESTOS WORKERS, LOCAL UNION NO. 207,

    Plaintiffs,

vs.

Case No. 05-70381
Hon. Victoria A. Roberts

CUSTOM QUALITY INSULATION & REFRACTORY, INC., a Georgia Corporation, and JAMES L. TODD, an individual, jointly and severally,

    Defendants.
_____/

## ORDER OF VOLUNTARY DISMISSAL

At a session of said Court, held in the City
of Detroit, County of Wayne, Michigan,

ON:____August 11, 2005_____

PRESENT: Victoria A. Roberts_____
                U.S. District Court Judge

This matter having come before the Court on Plaintiffs' Notice of Voluntary Dismissal, and the Court being fully advised in the premises,

IT IS ORDERED that this matter is dismissed without prejudice and without attorney fees or costs to any party.

IT IS FURTHER ORDERED that the Court shall retain jurisdiction of this matter.

                S/Victoria A. Roberts_____
                Victoria A. Roberts
                United States District Judge

Dated:  August 11, 2005

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on August 11, 2005.

s/Carol A. Pinegar
Deputy Clerk